005200

Order entered December 6, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00316-CR

**CARLOS MEDRANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-418**

## ORDER

Appellant's December 3, 2012 third motion for extension of time to file his brief is **DENIED.** By order entered October 2, 2012, the Court ordered appellant to file his brief by December 3, 2012 or the Court would submit the appeal without appellant's brief. *See* Tex. R. App. P. 38.4(b).

Because appellant's brief was not submitted by the deadline set by the Court, we **ORDER** the appeal submitted without appellant's brief. The case will be submitted in due course.

LANA MYERS
JUSTICE